## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAVID CLIFFORD,

               Plaintiff,

                                      Case No. 15-13926
      v.                          Hon. Terrence G. Berg

AMERICAN NATIONAL INSURANCE
COMPANY,

               Defendant.

_____/

### <u>ORDER APPOINTING GUARDIAN AD LITEM</u>

In this Court's order for discharge of interpleader (Dkt. 15), the Court found that a Guardian Ad Litem should be appointed in this matter to assist the Court in determining the disposition of the insurance proceeds subject to interpleader.

**IT IS THEREFORE ORDERED** that:

Patricia Patterson Courie, Esq.
43550 Elizabeth, Suite 100
Clinton Township, Michigan 48036
patprobate@aol.com
(586) 307-3600

**SHALL BE AND HEREBY IS APPOINTED** Guardian Ad Litem in this case.  Accordingly, Guardian Ad Litem (GAL) Patterson Courie shall investigate and make findings regarding whether Plaintiff is eligible to receive the $250,000 Policy Benefit and shall further locate and give notice to the class of heirs of Derrick Neal who may be entitled such Policy Benefit (Dkt. 15, p. 2).  GAL Patterson Courie will also prepare a written report with recommendations to the Court as to the proper disposition of the life insurance proceeds.  The parties shall grant GAL

Patterson Courie access to all pertinent records, including medical records, psychological and psychiatric records, and any and all other materials or documents that she requests regarding this matter. Such information shall remain confidential except to the extent it is disclosed to the Court or upon further order of the Court.

A telephonic status conference shall be held on **August 2, 2016** at **10 a.m.** with counsel for all parties and GAL Patterson Courie to receive an oral report on the progress of the investigation and to set a due date for the submission of the final report to the Court.

Following the conclusion of this matter, GAL Patterson Courie will be compensated at a reasonable rate from the policy benefit deposited with the Court.

**SO ORDERED.**


Dated:  July 1, 2016                                    s/Terrence G. Berg
                                                        TERRENCE G. BERG
                                                        UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on July 1, 2016, using the CM/ECF system, which will send notification to all parties.

                                                        s/A. Chubb
                                                        Case Manager

2