UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID CLIFFORD, | Hon. Terrence G. Berg |
|     Plaintiff, | Docket Number 15-cv-13926 |
| v. | |
| AMERICAN INSURANCE CO. | |
|     Defendant. | |

_____/

| | |
|---|---|
| JAMES C. MCCANN (P39311) | CAROL KRAMER (P50961) |
| Attorney for Walter Sakowski | Attorney for Carolyn Clifford-Goss |
| Personal Representative for the | Personal Representative for the |
| Estate of Derrick D. Neal, Deceased | Estate of David A. Clifford, Deceased |
| 32437 Five Mile Rd. | 31350 Telegraph Road, Ste. 201 |
| Livonia, MI 48154 | Bingham Farms, MI 48025 |
| (734)421-7333 | (248) 905-3420 |

_____/

**AMENDED ORDER TO RELEASE AND DISBURSE FUNDS DEPOSITED IN INTEREST BEARING COURT ACCOUNT**

At a session of said Court held on the 21st day of December, 2021,
in the U.S. District Court for Eastern District of Michigan, Southern Division.

**PRESENT: HON. TERRENCE G. BERG**

On June 29, 2016 this Court entered an Order directing American National Insurance Co. to deposit, with the Clerk of this Court, by certified check, with said funds to be deposited in an interest bearing account, in the amount of Two- Hundred and Fifty-Thousand and Thirty-Five Dollars ($250,035.00), representing the policy benefits, along with a premium refund. (Dkt. 18) The money deposited, represented the life insurance benefits of Derrick D. Neal.

On December 22, this Court entered an Amended Order for Disbursement of Funds Deposited with the Court Registry, (Dkt. 30), to pay the court appointed Guardian ad Litem Patricia Patterson Courie, for her services and costs out of the policy proceeds. This Court further, ordered that the remainder of the funds were to be "retained by the Court until the

Wayne County Probate Court has determined their proper disposition and such is made known to the Court by stipulation of the parties or otherwise."

On the reading and filing of the motion, for Release and Disbursement of Funds, Deposited Held by this Court in an Interest Bearing Account, and the Court being made fully aware in the premises that the Wayne County Probate Court in an October 13, 2021 Stipulated Order, ordered that the funds held in the U.S. District Court Clerk Registry are to be paid to the Estate of Derrick D. Neal.

IT IS SO ORDERED that the funds, $245,579.00 plus 100% of accrued interest, held for disbursement in Case No.15-cv-13926, consisting of the principle and interest shall be released, distributed forthwith, to:

> The Estate of Derrick D. Neal
> 32437 Five Mile Rd.
> Livonia, Mi 48154
> (734)421-7333

A social security number for this estate will be supplied as a separate attachment to this Order, for the reason of confidentiality and it shall not be placed in the file for public access.

Date:   December 21, 2021

_____
Terrence G. Berg
United State District Court Judge